IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-MC-00065-FCD-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF CONTINUING |
| v. | ) | GARNISHMENT PURSUANT TO |
| | ) | STIPULATION (Voluntary) |
| LAUNTE DURAY BARNES, | ) | |
| | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| VALSPAR CORP & SUBSIDIARY, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Valspar Corp & Subsidiary shall withhold each pay period and remit to the United States District Court, $54.50 of defendant's disposable earnings**\***, until the judgment is paid in full, or until further order of the Court.

DATED: July 27, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/barnes0065.ord

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)